IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV178

TERESA ALEXANDER,  )
                   )
        Plaintiff, )
                   )
vs.                )           ORDER
                   )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
                   )
        Defendant. )
_____)

This matter is before the Court upon the memorandum and recommendation of United

States Magistrate Carl Horn, III, filed October 31, 2008.  The parties were advised that pursuant

to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must

be filed within 10 days after service of the memorandum.  The Defendant timely filed an

objection.

After an independent and thorough review of the magistrate's memorandum, Defendant's

objections thereto, and a de novo review of the record, the Court concludes that the

recommendation to deny the Commissioner's Motion for Summary Judgment and grant the

Plaintiff's Motion for Summary Judgment is correct and in accordance with law.  Accordingly,

the findings and conclusions of the magistrate are accepted, Plaintiff's Motion for Summary

Judgment is GRANTED, and the Commissioner's Motion for Summary Judgment is DENIED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the

magistrate is hereby AFFIRMED.

Signed: November 21, 2008

Graham C. Mullen
United States District Judge