# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Teresa Alexander,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:08cv178

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/21/08 Order.

Signed: November 26, 2008

Frank G. Johns, Clerk
United States District Court