# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE CITY DIVISION

| | |
|---|---|
| TERESA ALEXANDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL NO. 3:08CV178 |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Application For Attorney Fees Under The Equal Access to Justice Act", filed on January 30, 2009 (document #22). By Response filed on the 4th day of February, 2009, Defendant advises that the parties have reached agreement on this matter entitling Plaintiff to $5,170.81 in attorney's fees, which provides for full settlement in satisfaction of any and all claims for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's counsel shall be paid the sum of $5,170.81 in EAJA fees directly as assignee of Plaintiff.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 4, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge